FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAY 19 2025

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
            ) CRIMINAL NO. 25-1003
  Plaintiff, )
            ) 8 U.S.C. §1325(a)(1):
vs. ) Illegal Entry Without Inspection
            )
**JOSE MIGUEL LUNA-MARTINEZ,** )
            )
  Defendant. )

## AMENDED INFORMATION

The United States Attorney charges:

On or about April 26, 2025, in Doña Ana County, in the District of New Mexico, the defendant, **JOSE MIGUEL LUNA-MARTINEZ**, who was then and there an alien, did knowingly and unlawfully enter the United States from the Republic of Mexico, at a place not designated as a lawful Port of Entry by immigration officials of the United States for the entrance of immigrants into the United States.

In violation of 8 U.S.C. § 1325(a)(1).

                RYAN ELLISON
                United States Attorney

                JAMES DICKENS
                Assistant U.S. Attorney
                200 N. Church St.
                Las Cruces, NM 88001
                (575) 522-2304